IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    CASE NO.: 1:99cr50-SPM

TERRY WAYNE LANGFORD,

    Defendant.

_____/

## ORDER CONTINUING VIOLATION HEARING

The Court has been advised that the Defendant desires to be evaluated for placement in a residential drug treatment program. Additional time is needed to complete the evaluation and determine the treatment options available to Defendant. Accordingly, it is

ORDERED AND ADJUDGED:

1. The violation hearing scheduled for December 14, 2005 is cancelled.

2. The violation hearing will be reset by separate notice when the treatment information becomes available.

DONE AND ORDERED this 12th day of December, 2005.

                                                  *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge